**ESTATE OF Genevieve THOMPSON**

**755 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

1858IC of 2006 Control No. 15532 (Philadelphia)

Affirmed

**DITLOW, J.**

v.

**CHELTENHAM YORK ROAD NURSING**

**905 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

140201708 (Philadelphia)

Affirmed

**COM.**

v.

**RUIZ, Y.**

**933 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0000829–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF: J.R.S., a Minor**

**994 EDA 2016**

Superior Court of Pennsylvania.

3/29/2017

CP–51–AP–0000106–2016 (Philadelphia)

Vacated/Remanded

**IN the INTEREST OF: M.J.S., a Minor**

**995 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–51–AP–0000107–2016 (Philadelphia)

Vacated/Remanded

**COM.**

v.

**KRITZAR, R.**

**1173 EDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–39–CR–0005306–2014 (Lehigh)

Affirmed

